IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ERICK LEONEL CRISTAL CUMES,
        Petitioner,

 v.                                    CIVIL NO. 1:26-CV-56
                                              (KLEEH)
ACTING DIRECTOR, UNITED STATES
IMMIGRATION AND CUSTOMS ENFORCEMENT et al.,

        Respondents.

## ORDER TO SERVE PETITION AND MOTION ON RESPONDENTS

Petitioner Cumes filed an Amended Complaint for Writ of Habeas Corpus on June 5, 2026. ECF No. 6. Additionally, Petitioner Cumes filed a *Motion for Immediate Order to Show Cause and Immediate Order Preventing Removal or Transfer of Petition Pending Disposition of Petition* [ECF No. 3].

However, Petitioner has not served with a copy of the petition or amended petition, nor did Petitioner prepare a summons with his pleadings, as necessitated by Fed. R. Civ. P. 4(b). Petitioner is **ORDERED** to serve his amended petition and pending show cause motion on Respondents, including the local United States Attorney's Office, in accord with Fed. R. Civ. P. 4(i) by **JUNE 11, 2026.**[1] Respondents are **ORDERED** to respond to the amended petition and pending motion by **JUNE 16, 2026.**

It is so **ORDERED.**

---

[1] See also LR PL P 27 (c) and (d) of the Northern District of West Virginia's Local Rules.

The Clerk is directed to transmit copies of this Order to counsel of record. Petitioner's counsel is directed to transmit a copy of this Order to Respondents.

**DATED**: June 8, 2026

_Tom S Kleeh_
_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA