IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ERICK LEONEL CRISTAL CUMES,

      Petitioner,

   v.                            CIVIL NO. 1:26-CV-56
                                       (KLEEH)

ACTING DIRECTOR, UNITED STATES
IMMIGRATION AND CUSTOMS ENFORCEMENT et al.,

      Respondents.

## ORDER DIRECTING RESPONSE AND SCHEDULING HEARING

Petitioner Cumes filed an Amended Complaint for Writ of Habeas Corpus on June 5, 2026. ECF No. 6. Additionally, Petitioner Cumes filed a *Motion for Immediate Order to Show Cause and Immediate Order Preventing Removal or Transfer of Petition Pending Disposition of Petition* [ECF No. 3]. Respondents are **DIRECTED** to respond to both by **June 22, 2026.** A hearing is scheduled to take up the matter on **June 25, 202**6, at **1:00 p.m.,** at the **Clarksburg,** West Virginia, point of holding court.

It is so **ORDERED.**

The Clerk is directed to transmit copies of this Order to counsel of record.

**DATED:** June 15, 2026

_Tom S Kleeh_
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA