# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Erick Leonel Cristal Cumes

**Plaintiff(s),**

**v.**

Acting Director,

United States Immigration and Customs Enforcement, et al.

**Defendant(s).**

Select Civ or Crim    **NO:** 1:26-cv-00056

Civil

# O R D E R

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Jonathan Sidney _____, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER:    June 15, 2026

*Tom S Klur*

United States District Judge