**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**
**CLARKSBURG DIVISION**

**ERICK LEONEL CRISTAL CUMES,**

**Petitioner,**

**v.**

**TODD M. LYONS, Acting Director, United States Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of Homeland Security; TODD BLANCHE, Acting United States Attorney General; JOHN RIFE, Field Office Director, Philadelphia Field Office, United States Immigration and Customs Enforcement;** *in their official capacities*,

**Respondent.**

Civil Action No. 1:26-CV-00056 (KLEEH)

___

## ORDER GRANTING MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT

The Court, having considered the Respondents' Motion for Leave to Exceed the Page Limit, and for good cause shown, it is hereby ordered that the motion is GRANTED and Respondent may file a *Response to Amended Petition and Motion* in excess of twenty-five (25) pages.

Upon entry of this Order, the Clerk shall docket *Response to Amended Petition and Motion* and attached exhibits as its own separate entry.

DATED:   June 22, 2026

_____
THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA